COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER

Appellate case name:     In the Interest of V.L.B., a child

Appellate case number:   01-14-00201-CV

Trial court case number: 2012-46873

Trial court:             274th District Court, Harris County

The court requests that the Harris County District Clerk provide a supplemental record with the following document:

**Image #58571267 Affidavit of Indigence filed December 2, 2013.**

The exhibit is due in this Court no later than **August 5, 2014**.

It is so ORDERED.

Judge's signature:  /s/ Jane Bland
                    Judge Bland, Acting individually

Date: July 22, 2014